IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT EUGENE ROLLINS,

     Petitioner,          No. CIV S-07-0055 GEB EFB P

   vs.

ADAMS, Warden,

     Respondent.    ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to in which to file an answer. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's February 15, 2007, request for an enlargement of time is granted and respondent has 30 days from the date this order is served to file a response.

Dated: March 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE