IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLIOTT EUGENE ROLLINS,** | CIV S-07-0055 GEB EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **ADAMS, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and *in forma pauperis* with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 16, 2007, respondent filed a request for a third extension of time within which to file a responsive pleading.  Respondent's request for a 30-day enlargement of time in which to file a response in this matter is granted.  No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time is granted; and

2. Respondent has 30 days from the date this order is served within which to file a responsive pleading.

Dated:  April 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE