IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOTT EUGENE ROLLINS,

     Petitioner,                  No. CIV S-07-0055 GEB EFB P

    vs.

ADAMS, Warden,

     Respondent.                <u>ORDER</u>

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested a fourth extension of time within which to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is HEREBY ORDERED that:

     1. Respondent's May 16, 2007, request for a 30-day enlargement of time to file a response is granted;

     2. Respondent has until and including June 18, 2007, in which to file a response; and

     3. Further requests for extensions of time to respond will be viewed with disfavor.

Dated: May 23, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE